STATE OF NEW JERSEY v. RAYMOND BERNARD GRICE.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD TEFTELLER.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY MARCELL JONES.

March 29, 1985.

Petition for certification denied.

QUENTIN SCHLECKSER v. BELL LABORATORIES.

March 29, 1985.

Petition for certification denied.